# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2659

Jason Adam Jensen

Appellant

v.

United States of America and Missouri

Appellees

___

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:24-cv-03236-MDH)

___

**ORDER**

The motion for joinder filed by Appellant Jason Adam Jensen is denied.

August 20, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Maureen W. Gornik