UNITED STATES DISTRICT COURT

for the

Western District of Missouri

Springfield

| | | |
|---|---|---|
| Jason Adam Jensen,<br>　　Plaintiff, | ) ) ) | Case No. 6:24-cv-03236-MDH |
| -v- | ) ) ) | JURY TRIAL DEMANDED |
| UNITED STATES OF AMERICA,<br>MISSOURI,<br>　　Defendants. | ) ) ) ) | |

EMERGENCY MOTION FOR INJUNCTIVE RELIEF AGAINST MISSOURI

COMES NOW Plaintiff Jason A Jensen, with Emergency Motion for Injunctive Relief. The Stone County Sherriff's Office, NAMED PARTY MISSOURI, has made commentary about Jensen needing Civil commitment within the last 30 days for the very acts he employed to get Stone County Sherriff's office to comply with 42 USC 12132, as well as the Stone County Dispatch personnel. Namely repeated phone calls with an emotionally charged voice was enough to question Jensen's level of dangerousness. Even as these were phone calls. As such Jensen has filed a ADA grievance with the Stone County Court Clerk Mechelle Lebow as their services, procedures, policies and programs appear to violate the very essence of the 14th Amendment.

Jensen – Complaint　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page **1** of 2

Jensen reincorporates 24-CV-339 out of the middle District of Florida as evidence of the immediate risk the standardized process in civil commitment poses for Jensen. Jensen also Includes all the official ADA complaints made to Mrs. Lebow, and incorporates them into this motion.

WHEREFORE, Jensen requests this Court immediately ORDER MISSOURI enjoined and precluded from any civil commitment proceedings until the very basic elements of due process can be afforded.

/s/JasonAJensen

Jason Adam Jensen

Pro Se Disabled Qualified Person

Email: jasonajensen@gmailcom

NOTE ON SERVICE OF PROCESS

THIS CASE IS STILL NOT ACTIVE OR PENDING AND IS IN ADMINISTRATIVE PROCESS OF WAIVER OF FEES AND THEREFORE There are no parties to this case, yet. Therefore, no notice was given.

//s/JasonAJensen